

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/12/2024

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

c/o Office of Program Litigation, Office 2     404-210-9532
Office of the General Counsel                  Avni.gandhi@ssa.gov
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235

August 9, 2024

**MEMO ENDORSED**

<u>VIA CM/ECF</u>

The Honorable Barbara C. Moses
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007

   Re: *Melissa Ramlakhan v. Commissioner of Social Security,*
     1:24-cv-00353-BCM
     Second Request for Extension of Briefing Deadlines

Dear Judge Moses:

  This Office represents the Commissioner of Social Security (the Commissioner), the Defendant in this action. We write to respectfully request an extension of the remaining briefing deadlines in the above-referenced Social Security case.

  Pursuant to an April 11, 2024, Order, Defendant's Brief is due on August 20, 2024, and Plaintiff's Reply is due September 19, 2024. *See* Dkt. No. 12. The undersigned requests an extension of these deadlines so the Commissioner may reassess his litigation position in this case. Due to these compelling circumstances and in accordance with the Supplemental Rules for Social Security Actions, the parties propose the following comprehensive schedule for future filings in this case:

- Defendant's Brief due September 19, 2024; and
- Plaintiff's Reply due November 8, 2024.

  This is the second extension request in this case. Plaintiff's counsel consents to this request.

  We thank the Court for its consideration.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

---

Application GRANTED. No further extensions will be granted. SO ORDERED.

*[signature: Barbara Moses]*

Barbara Moses
United States Magistrate Judge
August 12, 2024

By: /s/ *Avni Gandhi*
AVNI GANDHI
Special Assistant United States Attorney
Office of Program Litigation, Office 2
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(404) 210-9532
Avni.gandhi@ssa.gov

*Attorneys for Defendant*

cc:     Daniel Berger, Esq. (CM/ECF)